1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CV-07-310-RHW |
| vs. | ) ) | |
| 3002 WEST SOUTH LOOP AVENUE, SPOKANE, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON, | ) ) ) ) ) ) ) ) | Final Order of Forfeiture |
| Defendant. | ) | |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem, filed herein on October 1, 2007, that the Defendant real property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2428.

The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The property to be forfeited is described as follows:

> Lot 9, Block 4 of Garden Springs Park Addition as per plat thereof recorded in Volume "X" of Plat, Pages 30 and 31;
>
> Situate in the City of Spokane, County of Spokane, State of Washington.
>
> Together with all appurtenances, fixtures, attachments, and improvements thereto or thereupon.
>
> SUBJECT to any easements, rights of way, reservations and/or exceptions, and actions of record.

Final Order of Forfeiture -1
P81103dmjka.wpd

Spokane County real property records and a lien search report reflect that Cheryl M. Larson, an unmarried person, is the titled owner of the Defendant real property located at 3002 West South Loop Avenue, Spokane, Washington.

Pursuant to Ms. Larson's state plea agreement, and in consideration of certain sentencing recommendations and based upon an agreement that no additional state or federal charges would be filed against her arising from this investigation, Cheryl M. Larson agreed to take all steps requested by the United States and/or the State of Washington to pass clear title to the above-mentioned real property to the United States.

On November 3, 2008, the United States and Cheryl M. Larson filed a Stipulation for Order of Forfeiture in which Ms. Larson agreed to the forfeiture of the Defendant real property.

On November 3, 2008, the United States and Attorney Bevan Maxey filed a Settlement Agreement in which the United States and Mr. Maxey agreed that Mr. Maxey would release his deed of trust recorded against the Defendant real property to secure $20,000.00 in legal fees owed to him by Ms. Larson, in exchange for payment of $10,000.00 from the sale proceeds of the Defendant real property.

No other claims were filed to the Defendant real property.

Therefore, all claims to the Defendant real property have been addressed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant real property described herein , is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the forfeited Defendant real property shall be disposed of in accordance with law by the United States Marshals Service.

IT IS FURTHER ORDERED that the United States Marshals Service shall pay Attorney Bevan Maxey, from the proceeds of the sale, after payment of outstanding taxes and expenses of custody and sale incurred by the United States Marshals

Service; and, pursuant to the settlement agreement filed herein, $10,000.00 in legal fees due him from his representation of Cheryl M. Larson in the state criminal matter.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in this case for the purpose of enforcing this order.

DATED this 5th day of November, 2008.

ROBERT H. WHALEY
Chief United States District Judge